IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AT&T CORP., et al.                   :     CIVIL ACTION
                                     :
              v.                     :
                                     :
CORE COMMUNICATIONS, INC.,           :
et al.                               :     NO. 12-7157


ORDER

        AND NOW, this 30th day of January, 2014, upon

consideration of the plaintiff's Motion for Preliminary

Injunction (Doc. No. 20), the oppositions and reply thereto, and

following an oral argument held on October 1, 2013, and whereas

the parties agreed during oral argument that the record was

complete and the Court could proceed to decide the case on the

merits, IT IS HEREBY ORDERED that:

        1.   Pursuant to Fed. R. Civ. P. 65(a)(2), the Court

consolidates the oral argument with a hearing on the merits in

this case;

        2.   The Pennsylvania Public Utility Commission

("PPUC") lacked jurisdiction to issue its December 5, 2012

Opinion and Order ("December 5, 2012 Order") and August 15, 2013

Opinion and Order on Reconsideration ("August 15, 2013 Order"),

which ordered AT&T to pay Core Communications, Inc. in the

amount of $254,029.89, the rate of $0.0007/MOU for the traffic

at issue in this case; and

      3.    The defendants are permanently enjoined from enforcing the PPUC's December 5, 2012 Order and August 15, 2013 Order.  The plaintiff is not obligated to make any payments under the terms of the PPUC Orders.


BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.